**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

**ABDALLAH ABDELHAMID MIZYED**　　　　　　　　　　**CASE NO. 16-**

　　**DEBTOR**　　　　　　　　　　　　　　　　　　　　**CHAPTER 7**

**MAILING LIST**
**Verification**

Penalties for making a false statement or for concealing property are a fine up to $500,000.00 or imprisonment for up to five (5) years or both).  (18 U.S.C. §§ 152 and 3571).

**DECLARATION**

I declare under penalty of perjury that the foregoing mail list, comprising 4 pages, is true and correct.  Signed on April 4, 2016.


Signed:  **s/Abdallah Abdelhamid Mizyed**
　　　　Abdallah Abdelhamid Mizyed, Debtor



Signed: **s/ Patrick S. Garrity**
　　　　PATRICK S. GARRITY (LA Bar No. 23744)
　　　　Steffes, Vingiello & McKenzie, LLC
　　　　13702 Coursey Blvd., Building 3
　　　　Baton Rouge, Louisiana  70817
　　　　Telephone:  (225) 751-1751
　　　　Facsimile:  (225) 751-1998
　　　　E-mail:  pgarrity@steffeslaw.com

　　　　Attorneys for Debtor