# Notice Recipients

District/Off: 053N–3         User: admin         Date Created: 04/05/2016
Case: 16–10389               Form ID: 309B       Total: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
1766463     Maher Mizyed
                                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Abdallah Abdelhamid Mizyed | 3420 Rivercrest Court | Baton Rouge, LA 70820 |
| tr | Samera L. Abide | Post Office Box 3616 | Baton Rouge, LA 70821 |
| aty | Patrick S. Garrity | Steffes, Vingiello, &McKenzie, LLC   13702 Coursey Boulevard   Building 3 | Baton Rouge, LA 70817 |
| 1766445 | AMCOL Systems, Inc. | PO Box 21625 | Columbia, SC 29221 |
| 1766446 | Amsher Collection Service | 4524 Southlake Parkway   Suite 15 | Birmingham, AL 35244 |
| 1766447 | Baker Police Department | c/o Photo Enforcement Program   PO Box 42034 | Phoenix, AZ 85080 |
| 1766448 | Baton Rouge General Medical Center | c/o Susan Gay Viccellio   PO Box 2900 | Lake Charles, LA 70602 |
| 1766449 | Business First Bank | 8440 Jefferson Highway | Baton Rouge, LA 70809 |
| 1766450 | Capital One Bank USA | PO Box 30281 | Salt Lake City, UT 84130–0281 |
| 1766451 | Capitol City Family Health Center | 3140 Florida Boulevard | Baton Rouge, LA 70806–3757 |
| 1766452 | City of Baker Photo Enforcement Program | Payment Center   PO Box 76968 | Cleveland, OH 44101–6500 |
| 1766454 | City of Baton Rouge | Department of Finance   Sales and Use Tax   222 Saint Louis Street Room 439 | Baton Rouge, LA 70821 |
| 1766453 | City of Baton Rouge | Red Light Enforcement Program   222 St. Louis Street | Baton Rouge, LA 70802 |
| 1766455 | Conn Credit Corp | PO Box 2358 | Beaumont, TX 77704–2358 |
| 1766456 | David K. Johnson | 2237 S. Acadian Thruway   Suite 102 | Baton Rouge, LA 70808–0755 |
| 1766457 | David M. Cohn | 10754 Linkwood Court   Suite 1 | Baton Rouge, LA 70810–2901 |
| 1766440 | District Counsel – IRS | PO Box 30509 | New Orleans, LA 70190 |
| 1766458 | Greater Houston Emergency Physicians | 211 Highland Cross Drive   Suite 275 | Houston, TX 77073 |
| 1766459 | Guardian Anethesia Service, LLC | 1002 Gemini Street | Houston, TX 77058 |
| 1766441 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 1766460 | John S. McLindon | Walters, Papillion, Thomas, Cullens, LLC   12345 Perkins Road | Baton Rouge, LA 70810 |
| 1766461 | KeeKay Stables, Inc. | 4937 Rebelle Lane | Port Allen, LA 70767 |
| 1766462 | LeMark, Inc. | c/o Lee Pickard   17626 Lake Azalea Drive | Baton Rouge, LA 70817 |
| 1766442 | Louisiana Department of Revenue | PO Box 66658 | Baton Rouge, LA 70896 |
| 1766464 | Memorial Hermann Health System | 929 Gessner Drive   Suite 2600 | Houston, TX 77024 |
| 1766465 | Mercants &Professional Credit Bureau | PO Box 140675 | Austin, TX 78714 |
| 1766466 | OLOL Regional Medical Center | PO Box 61008 | New Orleans, LA 70161–0080 |
| 1766444 | Office of the U.S. Attorney | 777 Florida Street, Suite 208 | Baton Rouge, LA 70801–1717 |
| 1766443 | Office of the U.S. Trustee | Middle District of Louisiana   Region V, Texaco Center   400 Poydras Street, Suite 2110 | New Orleans, LA 70130–3238 |
| 1766467 | Rabah Hindi | 8010 Morrison Road | New Orleans, LA 70127 |
| 1766468 | Salaam Mizyed | 3420 Rivercrest Court | Baton Rouge, LA 70820 |
| 1766469 | Shafritz and Associates, P.A. | 601 North Congress Avenue   Suite 424 | Delray Beach, FL 33445 |
| 1766470 | Southern Medical Corp | 12133 Industriplex Blvd | Baton Rouge, LA 70809–5129 |
| 1766471 | Texas Gulf Coast Medical Group | 250 Blossom Street   Suite 300 | Webster, TX 77598 |
| 1766472 | Transfinancial Companies | 7922 Picardy Avenue | Baton Rouge, LA 70809 |
| 1766473 | Walid Mizyed | 12410 Narcissus View Trail | Houston, TX 77021 |
| 1766474 | Westlake Service, Inc. | 4751 Wilshire Blvd   Suite 100 | Los Angeles, CA 90010–3847 |

                                                                                                    TOTAL: 37